IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| JENNIFER CESPEDES, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No.: 8:22-cv-02815-VMC-SPF |
| JOSE LUIS BELTRAN DMD MD LLC, | ) ) ) |
| Defendant. | ) ) |

## SECOND AMENDED NOTICE OF MEDIATION

Plaintiff, through counsel, advises the Court that the parties have scheduled mediation for 1:30 p.m. on April 14, 2023. The mediation will be in person at the mediator's office in Tampa.

Dated: March 17, 2023

Respectfully submitted,

**THE LAW OFFICE OF MATTHEW BIRK**

**/s/ Matthew W. Birk**
**Matthew W. Birk**
Florida Bar No.: 92265
2112 SW 34th Street
Gainesville, FL  32608
(352) 244-2069
mbirk@gainesvilleemploymentlaw.com
ATTORNEYS FOR PLAINTIFF