```
              UNITED STATES DISTRICT COURT
               MIDDLE DISTRICT OF FLORIDA
                     TAMPA DIVISION
```

JENNIFER CESPEDES,

    Plaintiff,
v.                                  Case No. 8:22-cv-2815-VMC-SPF

JOSE LUIS BELTRAN
DMD MD LLC,

    Defendant.
_____/

## ORDER APPOINTING MEDIATOR

Pursuant to the Notice of Mediation (Doc. # 20), filed on March 17, 2023, and in accordance with the rules governing mediation set forth in Chapter Four of the Rules of the United States District Court for the Middle District of Florida, it is **ORDERED** that the following individual is hereby **APPOINTED** by the Court to serve as Mediator in this action:

    **Name of Mediator:**  Carlos Burruezo

    **Location:**  1646 West Snow Avenue
                   Suite 16
                   Tampa, FL 33606

By agreement of the parties, the mediation conference is scheduled for **April 14, 2023, at 1:30 P.M.**

The parties are directed to mediate in good faith and to fully and faithfully explore every settlement opportunity. Furthermore, the Court directs that all counsel, parties,

corporate representatives, and any other required claims professionals shall be present at the mediation conference with full authority to negotiate a settlement. The Court does not allow mediation by telephone or video conference. **Personal attendance is required.**

Now that the mediation has been scheduled, the parties may not unilaterally reschedule the mediation conference — a motion must be filed, and leave of Court obtained, if they seek to reschedule the mediation. In the motion to reschedule, counsel must include the proposed date of rescheduling; the Court reserves the right to deny any motion that seeks to reschedule the mediation conference for a date beyond the mediation deadline previously set by the Court.

Furthermore, neither party may cancel the mediation without first obtaining leave of Court, even if the parties have reached a settlement.

Despite Local Rule 4.03(f), Lead Counsel must file a notice informing the Court of the results of the mediation conference within twenty-four hours from the conclusion of the mediation conference.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 17th day of March, 2023.

<u>/s/ Virginia M. Hernandez Covington</u>
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE