IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| JENNIFER CESPEDES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.:8:22-cv-2815-VMC-SPF |
| | ) |
| JOSE LUIS BELTRAN DMD MD LLC, | ) |
| | ) |
| | ) |
| Defendant. | ) |
| | ) |

**NOTICE OF TAKING DEPOSITION**

TO:     **Counsel listed in Certificate of Service**

**PLEASE TAKE NOTICE** that the Plaintiff, Jennifer Cespedes, on August 22, 2023, will take the following depositions upon oral examination, before **Scribe Associates, Inc.**, located at 201 SE 2nd Ave #207, Gainesville, FL 32601, Official Court Reporters, or a Notary Public in and for the State of Florida at Large, or some other officer duly authorized by law to take depositions.  The depositions will be taken through Zoom.  This deposition testimony is taken for the purpose of discovery and for all use as allowed by the Statutes of the State of Florida and Federal Rules of Civil Procedure and shall continue from day to day until completed.  The depositions will be recorded by audio and stenograph.

| **Time** | **Deponent** |
|---|---|
| 3:00 p.m. | Lee Pyles |
| 4:00 p.m. | Roxana Hernandez |
| 5:00 p.m. | Pamela Hernandez |

## **REQUESTS FOR ACCOMMODATIONS BY PERSONS WITH DISABILITIES**

**If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact Matthew Birk, Esq., at least seven (7) days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than seven (7) days; if you are hearing or voice impaired, call 711.**

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the above and foregoing was furnished by E-Mail to all counsel of record this 12th day of July 2023.

                                                    **/s/ Matthew W. Birk**
                                                    Matthew W. Birk