IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JENNIFER CESPEDES,            )
                              )
          Plaintiff,          )
                              )
v.                            ) Civil Action No.:   8:22-cv-02815-VMC-SPF
                              )
JOSE LUIS BELTRAN DMD MD LLC, )
                              )
          Defendant.          )
_____)

## PLAINTIFF'S ANSWERS TO COURT INTERROGATORIES

Plaintiff, through counsel, provides the following responses to Court Interrogatories.

1. March 2021 to May 2021 and January 2022 to November 2022.

2. Dr. Beltran and Lindsay Beltran

3. During both stints of employment, Plaintiff worked for Defendant from 7:00 a.m. to 7:00 p.m., Monday through Friday and was required to answer calls from Defendant's clients after hours and on weekends. Plaintiff worked through her lunch breaks and spent 15 to 20 hours per week answering calls after hours and on weekends.

4. Project manager. Plaintiff worked within tight parameters established by Defendant to assist Defendant's clients with determining how to finance their dental care.

5. Salary of $65,000 per year

6. What is the nature of your claim (check all that apply)?

__x__ Off the clock work (Defendant failed to record, or prohibited you from recording, all of your working time);

__x__ Misclassification (Defendant mistakenly classified you as exempt from over-time);

__x__ Miscalculation (Defendant failed to correctly calculate your compensation);

___ Other (please describe):_____.

7.   Provide an accounting of your claim, including:

(a) dates worked; March 2021 to May 2021 and January 2022 to November 2022.

(b) regular hours worked; 40 per week

(c) over-time hours worked; 30 per week

(d) pay received versus pay claimed; -Plaintiff received her salary each week but did not receive pay for the overtime hours she worked. Her pay was $1,250 per week. If she worked an average of 70 hours per week, her hourly rate was $17.85. Her claim is 30 hours per week x $8.93 (halftime rate) x 2 (liquidated damages) x 58 weeks = $31,074.

(e) total amount claimed. $75,000 (including her retaliation claim, attorney's fees and costs of litigation.

8.   Not applicable

9.   Costs: $402 filing fee and $50 service

   Fees: Attorney Matthew Birk bills at $375 per hour has 9 hours of time on this matter.

10.  May 2022.

11.  Oral

12.  After her third complaint, Defendant retaliated against Plaintiff by offering her hourly status but cutting her hours to 15 hours per week which resulted in her constructive discharge.

Dated: February 9, 2023

_____
JENNIFER CESPEDES

The foregoing instrument was acknowledged before me this \_10\_ day of \_February\_ 2023, by Jennifer Cespedes, who is personally known to me or has produced \_Driver's License\_, as identification and did/did not take an oath.

_____
Notary Public
Print Name: John G. Paledino
My Commission Expires: 11-30-2024
Commission No.: HH067538

JOHN G. PALEDINO
MY COMMISSION # HH 067538
EXPIRES: November 30, 2024
Bonded Thru Notary Public Underwriters

3