IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| JENNIFER CESPEDES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.:8:22-cv-2815-VMC-SPF |
| | ) |
| JOSE LUIS BELTRAN DMD MD LLC, | ) |
| | ) |
| | ) |
| Defendant. | ) |
| | ) |

## **JOINT STIPULATION OF DISMISSAL**

The parties, through their respective counsel, advise this matter is being dismissed with prejudice with each party to bear its own attorney's fees and costs. This matter was brought pursuant to the Fair Labor Standards Act, so the parties advise there are no separate agreements and this matter is being dismissed without any compensation to Plaintiff or Plaintiff's counsel.

Dated: September 25, 2023

Respectfully submitted,

| THE LAW OFFICE OF MATTHEW BIRK, LLC | SPIRE LAW, PLLC |
|---|---|
| */s/ Matthew W. Birk* | */s/ Jesse Unruh* |
| **Matthew W. Birk** | **Jesse Unruh** |
| Florida Bar No.: 92265 | Florida Bar No.: 93121 |
| 2112 SW 34th Street | 2752 W. State Road 426 |
| Gainesville, FL 32608 | Suite 2088 |
| (352) 244-2069 | Oviedo, Florida 32765 |
| mbirk@gainesvilleemploymentlaw.com | (407) 494-0135 |
| | jesse@spirelawfirm.com |
| ATTORNEYS FOR PLAINTIFF | marcela@spirelawfirm.com |
| | filings@spirelawfirm.com |
| | |
| | ATTORNEYS FOR DEFENDANTS |

## **CERTIFICATE OF SERVICE**

I CERTIFY that on September 26, 2023, I electronically filed the foregoing with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served today on all counsel of record via transmission of Notice of Electronic filing generated by CM/ECF.

        **/s/ Matthew W. Birk_____ \_\_\_**
        **Matthew W. Birk**